UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:
JOHN BRANCATO,
Debtor.

Chapter 7
Case No. 19-75686 (LAS)

----------------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee of the
Bankruptcy Estate of John Brancato,
Plaintiff,

Adv. Pro. No. 20-08023 (LAS)

-against-

ANTOINETTE BRANCATO,
Defendant.
----------------------------------------------------------------X

Letter regarding withdrawal of LH&M

TO THE HON. Louis A. Scarcella, Bankruptcy Judge
I, Antoinette Brancato, Defendant in Adversary proceeding,

The intention I had in retaining Mr. Lamonica was to negotiate with the trustee.
I was unsuccessful with many emails I had sent the trustee and many offers.

Trustee is being unyielding, and purposely trying to exhaust my funds unnecessarily
For example in his request for discovery demands , the trustee was asking for information on properties that have no way anything to do with me, which of course results in unnecessary conversations with attorneys.

I do not have any objection to Mr.. lamonica withdrawing I have no choice but to part ways with Mr. Lamonica,Once again the Debtor has shunned his responsibilities onto myself with unforeseen medical expenses for our son which he refuses to pay his share to myself, we currently have another action pending at the matrimonial court.

Respectfully,

Dated:March 28,2022
Oceanside, New York

Antoinette Brancato
166 West Windsor PKWY Oceanside, NY 11572
antoinettebrancato@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:
JOHN BRANCATO,
Debtor.

Chapter 7
Case No. 19-75686 (LAS)

-------------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee of the
Bankuptcy Estate of John Brancato,
Plaintiff,

Adv. Pro. No. 20-08023 (LAS)

-against-

ANTOINETTE BRANCATO,
Defendant.

-------------------------------------------------------------x

CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2022 a copy of a letter regarding withdrawal of LH&M

Was served by depositing same , enclosed in a properly addressed postage-paid envelope , in an official depository under the exclusive care and custody of The United States Postal Service Within the state of New York upon

United States Bankruptcy Court
Estern District of New York
290 Federal Plaza
Central Islip, NY 11722

Pryor & Mandelup, L.L.P
675 Old Country Rd
Westbury, NY 11590

Macco Law Group
250 Express Dr.S, Suite 109
Islandia, NY 11749

Lamonica Herbst & Maniscalco, L.L.P
3305 Jerusalem avenue, Suite 201
Wantagh, NY 11793

Antoinette Brancato
166 West Windsor PKWY Oceanside, NY 11572
antoinettebrancato@gmail.com

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2022 MAR 31 A 8:08

RECEIVED/MR