UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

John Brancato,

                Debtor.

-----------------------------------------------------------x
Robert L. Pryor, Esq., Chapter 7 trustee
of the bankruptcy estate of John Brancato,

                Plaintiff,
    v.

Antoinette Brancato,

                Defendant.
-----------------------------------------------------------x

Case No. 8-19-75686-las

Chapter 7

Adv. Proc. No. 8-20-08023-las

## ORDER

Upon the motion, dated March 23, 2022 (the "Motion") [Dkt. No. 39], of Salvatore LaMonica of LaMonica Herbst & Maniscalco, LLP ("LH&M") seeking the entry of an Order authorizing LH&M to withdraw as counsel to defendant Antoinette Brancato ("Defendant") in the above captioned adversary proceeding; and the Defendant having filed a letter regarding the withdrawal of LH&M [Dkt. No. 45], which did not oppose the Motion; and a hearing on the relief requested in the Motion having been held before the Court on April 5, 2022 (the "Hearing"); and after due deliberation and for the reasons set forth on the record at the Hearing, it is hereby

ORDERED, that the Motion is granted to the extent provided herein; and it is further

ORDERED, that LH&M is relieved as counsel to Defendant; and it is further

ORDERED, that Defendant has until April 26, 2022 to retain substitute counsel; and it is further

ORDERED, that substitute counsel, if any, retained by Defendant shall file a Notice of Appearance in this adversary proceeding by no later than April 26, 2022; and it is further

1

ORDERED, that the above captioned adversary proceeding is stayed for 30 days from the date of entry of this Order.



**Dated: April 8, 2022**                                                    **Louis A. Scarcella**
    **Central Islip, New York**                               **United States Bankruptcy Judge**